Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                    Location : All Courts    Help

# REGISTER OF ACTIONS
### CASE NO. 21-0623-C26

| | | |
|---|---|---|
| **Evelyn Maus vs. Walgreen Co.** | § § § § § | Case Type: **Damage - Motor Vehicle**<br>Date Filed: **04/30/2021**<br>Location: |

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| **Defendant** | Walgreen Co. | | **Stephen T. Dennis**<br>*Retained*<br>210-250-6000(W) |
| | | | |
| **Plaintiff** | Maus, Evelyn | | **John Prudhomme**<br>*Retained*<br>512-371-6101(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 04/30/2021 | **Original Petition (OCA)** | | |
| 04/30/2021 | **Request for Issuance** | | |
| 05/03/2021 | **Citation** | | |
| | Walgreen Co. | Served | 05/06/2021 |
| | | Returned | 05/16/2021 |
| 05/17/2021 | **Return of Service** | | |
| 05/25/2021 | **Answer** | | |

**EXHIBIT A**