IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EVELYN MAUS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:21-CV-472-LY |
| WALGREEN CO., | § | |
|     DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On September 12, 2022, the parties filed a Stipulation of Dismissal (Doc. #10) pursuant to Federal Rule of Civil Procedure 41. As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___16th___ day of September, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE